COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                    01-13-00980-CR

Style:                           Reynaldo Espinoza

                                 **v.** The State of Texas

Date motion filed*:              January 6, 2014

Type of motion:                  Motion for extension of time to file the court reporter's record

Party filing motion:             Appellant

Document to be filed:            Reporter's record

Is appeal accelerated?     No

If motion to extend time:

    Original due date:                         November 12, 2013

    Number of previous extensions granted:          Current Due date:

    Date Requested:                            January 31, 2014

Ordered that motion is:

☐       Granted

        If document is to be filed, document due:

☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐       Denied

☑       Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐       Other: _____

On January 21, 2014, the Court granted the court reporter's request for an extension of time to file the reporter's Record. *See* TEX. R. APP. P. 35.3(c). The reporter's record is due to be filed on February 10, 2014. Accordingly, appellant's motion is dismissed.

.

Judge's signature:  /s/ <u>Justice Jim Sharp</u>

            ☑    Acting individually    ☐  Acting for the Court

Panel consists of _____

Date:  February 4, 2014